UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TANIA PEREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C14-1260-RSL-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 5. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 23.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"), including a *de novo* hearing. On remand, the ALJ shall evaluate the opinions of Deborah Benz, M.D. The ALJ shall also re-evaluate all of the medical evidence, claimant's credibility, the claimant's residual functional capacity, the lay witness evidence, and the claimant's ability to perform work at steps four and five, as necessary.

REPORT AND RECOMMENDATION
PAGE - 1

1   Because the parties have stipulated that the case be remanded as set forth above, the

2 Court recommends that United States District Judge Robert S. Lasnik immediately approve this

3 Report and Recommendation.  The Clerk should note the matter for **April 21, 2015** as ready for

4 Judge Lasnik's consideration.  A proposed order accompanies this Report and Recommendation.

5   DATED this 21st day of April, 2015.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge